UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OPTIONS CENTER FOR INDEPENDENT LIVING, SOUTH SUBURBAN HOUSING CENTER, INC., PAUL MEYER, BETSY YOUNG, and VERNON YOUNG, | ) ) ) ) 04-2262 |
| Plaintiffs, | ) |
| v. | ) |
| G & V DEVELOPMENT, DAVE VERKLER, JUSTIN GOSELIN, STEPHEN KELLEY, JEFF JARVIS and POMMIER CONSTRUCTION COMPANY, | ) ) ) ) |
| Defendants. | ) |

## ORDER

On October 14, 2005, defendants G & V Development Co., Justin Goselin and David Verkler filed a motion for an order for permanent injunctive relief by consent [#51]. The motion was not electronically signed by the defendants; instead, they submitted a signature page with room for their electronic signatures, and another page with their manual signatures. The plaintiffs did not e-sign the motion, nor is there a place in the proposed order for the plaintiffs' signatures.

This court generally does not enter a "consent" order when it is not signed by all parties who are purported to consent to the order. In fact, the plaintiffs filed a response to the motion stating that there is disagreement on an issue that has not been incorporated into the consent order. The plaintiffs state they will agree to the order as submitted on the condition that it leaves open the plaintiffs' claim for damages and for further injunctive relief.

The defendants' motion for an order for permanent injunctive relief by consent [#51] is denied because it is not e-signed by any of the parties, nor is it signed in any way by the plaintiffs. The parties may, if they wish, submit a joint motion for a consent order e-signed by all the relevant parties. The joint motion should be accompanied by a proposed order, e-signed by all the relevant parties, explicitly stating which issues they agree to leave open, if any.

Entered this 17th day of November, 2005.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE