**E-FILED**
Tuesday, 06 December, 2005  04:24:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OPTIONS CENTER FOR INDEPENDENT LIVING, SOUTH SUBURBAN HOUSING CENTER, INC., an Illinois not-for-profit corporation, PAUL MEYER and BETSY and VERNON YOUNG, | ) ) ) ) ) | 04-2262 |
| Plaintiffs, | ) | |
| v. | ) ) | |
| G & V DEVELOPMENT CO., DAVE VERKLER, JUSTIN GOSELIN, STEPHEN KELLEY, JEFF JARVIS, and POMMIER CONSTRUCTION, | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

On December 6, 2005, the court held a telephone status conference in this case. The plaintiffs appeared through Jeffrey Taren, Esq. Defendants G&V Development Co., Dave Verkler and Justin Goselin appeared through Charles Valente, Esq. Defendant Jeff Jarvis appeared through David Heilmann, Esq. Defendants Stephen Kelley and Pommier Construction failed to appear.

The court granted the plaintiffs' fee petition in support of the order granting sanctions [#59]. Defendant Pommier Construction is ordered to pay the sum of $1,600.00 to plaintiffs' counsel within ten days of the date of this order.

Defendant Pommier Construction is ruled to show cause why the court should not immediately enter an order of default against Pommier Construction for its repeated failure to comply with discovery requests and its failure to appear at the December 6, 2005 telephone conference. Steven Pommier (the principal of Pommier Construction) and counsel Ed Voci are directed to appear personally before the undersigned at the **U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois**, on **Friday, December 16, 2005, at 2:15 p.m.**, to show good cause, if any, why the court should not order an entry of default against Pommier Construction. Failure of Steven Pommier and his attorney, Ed Voci, to appear personally on Friday, December 16, 2005, at 2:15 p.m. will result in appropriate disciplinary action and the immediate entry of default against Pommier Construction.

Entered this 6th day of December, 2005.

**s\Harold A. Baker**

_____

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE